IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

VALERIE HAGSTROM,

        Plaintiff,

v.                            CIVIL ACTION NO. 2:13-cv-03108

CALDERA MEDICAL, INC., et al.,

        Defendants.

## MEMORNADUM OPINION AND ORDER

On July 15, 2019, I entered an order dismissing "Does 1 through 100" without prejudice and directing plaintiff to show cause on or before August 5, 2019, why her case should not be dismissed without prejudice as to the remaining defendant, Caldera Medical, Inc., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown case. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 18, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE